UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SOLARKAL, LLC, :

Plaintiff, :

v. :

HOLT GOLLATZ et al. :

Defendants. :

---------------------------------------------------------------X

ORDER

25 Civ. 10007 (GHW) (GWG)

NEW WORLD STRATEGIES, LLC, :

Plaintiff, :

-v.- :

SOLARKAL, LLC, :

Defendant. :

---------------------------------------------------------------X

ORDER

26 Civ. 8719 (GHW) (GWG)

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

No response having been filed to this Court's Order of October 19, 2026 in 26 Civ. 8719 (GHW) (GWG) (Docket # 14), the above-captioned cases are hereby consolidated for all pretrial purposes pursuant to Fed. R. Civ. P. 42(a)(2).

From this day forward, all filings in the above-captioned matters shall be made exclusively in Docket # 25 Civ. 10007. Only the caption for 25 Civ. 10007 need be provided in future filings as that caption will be deemed to encompass both 25 Civ. 10007(GHW)(GWG) and 26 Civ. 8719 (GHW) (GWG).

Dated: New York, New York
October 19, 2026

SO ORDERED:

GABRIEL W. GORENSTEIN
United States Magistrate Judge